## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| GUADALUPE REINOSO & EDMUNDO DOMINGUEZ, H/W | : No. 111 MAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Superior Court |
| | : |
| | : |
| HERITAGE WARMINSTER SPE LLC | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| KOHL'S DEPARTMENT STORES, INC. T/A KOHL'S; AND LOTS & US, INC. | : |
| | : |
| | : |
| PETITION OF: HERITAGE WARMINSTER SPE LLC | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.